

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### JOHN M. SHAW FEDERAL COURTHOUSE
800 Lafayette Street, Suite 4200
Lafayette, Louisiana 70501

September 8, 2009

*SELF INITIATED AMENDMENT*

*2009 SEP 15 A 10: 48 RECEIVED FINANCIAL DISCLOSURE OFFICE*

Honorable Bobby R. Baldock
Chair/Judicial Conference of the U.S.
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Calendar Year 2008 Filing

Dear Judge Baldock:

I am in receipt of and thank you for your letter dated 8/20/09 in reference to the "Camden County NJ Solid Waste Bonds". This bond is not reportable because is was redeemed on 12/3/07.

In my letter dated 11/10/08 we incorrectly cited the name of the bonds as "Camden County NJ Solid Waste Bonds". The full and accurate name of that bond should have been listed as "Camden County NJ Pollution Control Solid Waste Bond". The designation in the 2007 FDR correctly states the codes applicable for this bond.

Please understand that in 2006 and 2007 three bonds from Camden County were reported and two of the three were redeemed in 2007. The correct name of the one bond that has not been redeemed was listed on the 2008 FDR dated 7/14/08, Page 5, Line 25.

I hope this clears up any misunderstanding and I apologize for the confusion. If you have any questions, please do not hesitate to contact me.

Richard T. Haik, Sr.
District Judge
U.S. District Court
Western District of Louisiana

**Haik, Richard T**


# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### 800 Lafayette Street, Suite 4200
### Lafayette, Louisiana 70501

July 13, 2009

Committee on Financial Disclosure
Administrative Office of the U.S. Courts
Suite 2–301
One Columbus Circle, N.E.
Washington, D.C.  20544

Re: Amendment to 2007 Financial Disclosure

Dear Sir or Madam:

In the preparation of my 2008 Financial Disclosure Report, I discovered that I inadvertently omitted in my 2007 FDR the information enclosed:

Asset: Ultra Pure Technologies, Inc.; No income during this reporting period; Gross Value Code "J"; Gross Value Method Code "T"; Type "Buy"; Date: 7/07/07; Value Code during reporting period: "J".

I have added this information in my 2008 FDR; Page 10, Section VII, #119 as well.

I apologize for any inconvenience this oversight may have caused.

If you need any further information, please do not hesitate to contact me personally.



U.S. District Court
Western District of Louisiana

RTH/jds

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Haik, Richard T. | 2. Court or Organization<br><br>Wester District of Louisiana | 3. Date of Report<br><br>07/14/2009 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
|---|---|---|

| 7. Chambers or Office Address<br><br>800 Lafayette Street<br>Suite 4200<br>Lafayette, LA 70501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Colonel J. George & S. Saloom Hannie Community Home, Inc. (Same organization as last year. This is the full name of the corporation.) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 AUG 28 A 11: 12 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 07/14/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Louisiana State Bar Association | 6/11/08 | Sandestin, FL | Seminar Speaker | Travel, lodging, and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 07/14/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Diamond M Drilling | Hunting Trip | $1,000.00 |
| 2. Nidal Balbiesi | Wedding Gift ██████ | $7,000.00 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. St. Landry Bank and Trust Company | Bank loan to purchase investment in BPLVisions, LLC formerly The McGeHee Group, LLC | M |
| 2. USAA Federal Savings Bank | Bank loan to purchase residential rental property ███████ | L |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 07/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Iberia Bank Accounts | A | Interest | K | T | | | | | |
| 2.   Farmers Merchants Bank & Trust Account (X) | | None | J | T | | | | | |
| 3.   Gulf Coast Bank CDs Account | A | Interest | L | T | | | | | |
| 4.   Capital One Bank, NA CDs Account (X) | | None | M | T | | | | | |
| 5.   Regions Bank CDs Account (X) | A | Interest | M | T | | | | | |
| 6.   Home Bank CDs Account (X) | A | Interest | K | T | | | | | |
| 7.   Farmers Merchants Bank & Trust CDs Account (X) | -- | None | K | T | | | | | |
| 8.   Capital One Bank, NA Accounts | B | Interest | K | T | | | | | |
| 9.   Midsouth Bank, NA Accounts | A | Interest | K | T | | | | | |
| 10.   Regions Bank Accounts | A | Interest | J | T | | | | | |
| 11.   Brokerage Account #1 | | | | | | | | | |
| 12.   -- Diamond Offshore Drilling, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 13.   --Iberiabank Corp Common Stock | A | Dividend | J | T | | | | | |
| 14.   --Rowan Cos Inc. Common Stock | A | Dividend | J | T | | | | | |
| 15.   --American Intl Petroleum Common Stock | | None | | | Sold | 1/16 | J | A | |
| 16.   --Fedders Corporation Common Stock | | None | | | Sold | 1/16 | J | A | |
| 17.   --Edward Jones Money Market Account | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 07/14/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --LHC Group Inc. Common Stock | | None | | | Sold | 9/30 | J | C | |
| 19. Brokerage Account #2 | | | | | | | | | |
| 20. --Federal Mogul Corp Note Common Stock | | | | | Sold | 9/26 | J | D | |
| 21. --Level 3 Communications Convertible Sub Debt | B | Interest | | | Redeemed | 12/31 | K | D | |
| 22. --Level 3 Commuications Sub Note | A | Interest | | | Redeemed | 12/24 | J | A | |
| 23. --San Juan Basin Royalty Trust | A | Interest | J | T | | | | | |
| 24. --Xerox Capital Trust Capital Securities | A | Interest | J | T | | | | | |
| 25. --Camden County, NJ Pollution Control Bonds | A | Interest | J | T | | | | | |
| 26. --Capital Projects Fin Auth FL Bonds | C | Interest | J | T | Redeemed (part) | 9/02 | K | B | |
| 27. --Charlton County, GA Solid Waste Revenue Bonds | A | Interest | J | T | | | | | |
| 28. --DWS Managed Municipal Bond Fund | A | Int./Div. | J | T | | | | | |
| 29. --Highlands County, FL Ind Dev Auth Bonds | A | Interest | J | T | | | | | |
| 30. --Hudson County, NJ Solid Waste Revenue Bonds | A | Interest | J | T | | | | | |
| 31. --Junction City, KS Residential Bonds | A | Interest | | | Redeemed | 3/04 | J | B | |
| 32. --Ohio State Solid Waste Disposal Revenue Bonds | A | Interest | J | T | | | | | |
| 33. --Port of New Orleans, LA Board of Commissioners | A | Interest | J | T | | | | | |
| 34. --Putnam Tax Exempt Income | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 07/14/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Putnam Tax Free Health Care Fund (Y) | | | | | | | | | |
| 36. --St. Paul, MN Port Authority Industrial Revenue Bonds | A | Interest | J | T | | | | | |
| 37. --Seilgman Louisiana Municipal Fund | A | Int./Div. | J | T | | | | | |
| 38. --Allegheny County, PA Hospital Bonds | A | Interest | J | T | | | | | |
| 39. --Angola, IND Healthcare Facs Revenue Bonds | A | Interest | J | T | | | | | |
| 40. --Aurora Centretech Bonds | A | Interest | | | Redeemed | 6/11 | K | C | |
| 41. --Ben Hill County, GA Revenue Bonds | B | Interest | J | T | | | | | |
| 42. --Bibb County, GA Development Authority Bonds | C | Interest | K | T | | | | | |
| 43. --Cambria County, PA Revenue Bonds | A | Interest | J | T | | | | | |
| 44. --Central Arizona Irrigation & Drainiage District Bonds | A | Interest | J | T | Partial Redm | 06/16 | J | A | |
| 45. --Conneticut Development Authority Bonds | B | Interest | K | T | | | | | |
| 46. --Crawford County, GA Development Authority Bonds | B | Interest | J | T | | | | | |
| 47. --Denham Springs-Livingston Housing Bonds | A | Interest | J | T | | | | | |
| 48. --District of Columbia Revenue Bonds | A | Interest | | | Redeemed | 1/02 | J | A | |
| 49. --East Carrol Parish, LA Law Enforcement Bonds | A | Interest | J | T | | | | | |
| 50. --Escambia County, FL Health Facs Bonds | A | Interest | J | T | | | | | |
| 51. --Capital Projects Finance Auth FL Solid Waste (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 07/14/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Garza County, TX Bonds | A | Interest | | | Redeemed | 4/01 | J | A | |
| 53. --Hammond-Tangipahoa Home Mortgage Bonds | A | Interest | J | T | | | | | |
| 54. --Hancock County, TN Health Ed Bonds | A | Interest | J | T | | | | | |
| 55. --Illinois Health Facs Auth Revenue Bonds | A | Interest | J | T | | | | | |
| 56. --Lafayette, LA Public Trust Fin Auth Bonds | A | Interest | J | T | | | | | |
| 57. --Lafourche Parish, LA Sales Tax Bonds | A | Interest | | | Redeemed | 3/03 | J | A | |
| 58. --Langhorne Manor Boro, PA Higher Education Bonds | A | Interest | J | T | | | | | |
| 59. --Louisiana State University Bonds | A | Interest | J | T | | | | | |
| 60. --Montgomery-Southside, AL Revenue Bonds | B | Interest | K | T | | | | | |
| 61. --New Jersey Health Care Facilities Bonds | B | Interest | K | T | | | | | |
| 62. --Peach County, GA Development Authority Revenue Bonds | B | Interest | K | T | | | | | |
| 63. --St. Paul, MN Port Authority Bonds | A | Interest | J | T | | | | | |
| 64. --St. Paul, MN Port Auth Hsg & Red | A | Interest | J | T | | | | | |
| 65. --St. Tammany Parish, LA Hospital Bonds | A | Interest | J | T | | | | | |
| 66. --Savannah, GA Economic Development Authority Bonds | A | Interest | J | T | | | | | |
| 67. --Shreveport, LA Water & Sewer Revenue Bonds | A | Interest | J | T | | | | | |
| 68. --Sumner, IL Healthcare Facilities Revenue Bonds | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 07/14/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Tarrant County, TX Health Facilities Revenue Bonds | A | Interest | | | Redeemed | 9/16 | J | B | |
| 70. --Gila Cnty, AZ IDA Revenue Bonds | | None | J | T | | | | | |
| 71. --Tillman County, OK Revenue Bonds | B | Interest | J | T | | | | | |
| 72. --West Feliciana Parish, LA Bonds | A | Interest | J | T | | | | | |
| 73. --West Frankfort, IL Healthcare Bonds | A | Interest | J | T | | | | | |
| 74. --Summers County, WV Solid Waste Disposal Bonds | | None | | | | | | | |
| 75. --Alcatel Lucent Sponsored ADR Common Stock | | None | | | Sold | 9/26 | J | A | |
| 76. --Idearc, Inc. Common Stock | A | Dividend | | | Sold | 9/26 | J | A | |
| 77. --Leucadia National Corp Common Stock | | None | | | Sold | 9/26 | J | A | |
| 78. --Vector Group, LTD Common Stock | A | Dividend | | | Sold | 9/26 | J | A | |
| 79. --Verizon Communications Common Stock | A | Dividend | J | T | | | | | |
| 80. --Tjiwi Kimia Intl Finance Co Senior Notes | | None | J | T | | | | | |
| 81. --Tricom SA Guaranteed Note | | None | J | T | | | | | |
| 82. --Cablevision SA Notes | | None | J | T | | | | | |
| 83. --Williams Communications Group | | None | J | T | | | | | |
| 84. --Ladenburg Thalmann Financial Services Common Stock | | None | | | Sold | 9/26 | J | A | |
| 85. --Nevada Gold & Casinos Inc. | | None | | | Sold | 9/26 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 07/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --L-1 Identity Solutions, Inc. Common Stock | | None | | | Sold | 9/26 | J | A | |
| 87. --Money Market Fund Investment Shares | A | Dividend | K | T | | | | | |
| 88. --Hartford Income Shares Fund, Inc. Mutual Fund | A | Dividend | J | T | | | | | |
| 89. --MFS Multimarket Income Trust Mutual Fund | A | Dividend | J | T | | | | | |
| 90. --San Juan Basin Royalty Trust Units | A | Royalty | J | T | | | | | |
| 91. --Eastern Carolina, NC Housing Revenue Bonds | | None | | | Redeemed | 12/30 | J | A | |
| 92. --Elizabeth City, NC Bonds Housing Authority Bonds | | None | | | Redeemed | 12/30 | J | A | |
| 93. --At Home Corp Subordinated Notes | | None | J | T | | | | | |
| 94. --Capital Income Builder Fund A (X) | A | Dividend | K | T | | | | | |
| 95. --Fairpoint Communications Inc. (X) | | None | | | Sold | 9/26 | J | A | |
| 96. --Rapides Fin Auth LA Revenue Cleco (X) | A | Interest | K | T | | | | | |
| 97. --Regions Financial Corp | A | Dividend | | | Buy | 6/18 | J | | |
| 98. --Regions Financial Corp | | None | | | Sold | 9/19 | J | C | |
| 99. --Regions Financial Corp | | None | | | Buy | 10/19 | J | | |
| 100. --Regions Financial Corp | | None | | | Sold | 11/04 | J | B | |
| 101. --Regions Financial Corp | | None | J | T | Buy | 11/13 | J | | |
| 102. --Regions Financial Corp | | None | J | T | Buy | 11/20 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 07/14/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  --Global Inds Ltd Stock (X) | | None | J | T | | | | | |
| 104.  --Apple Bank For Savings CD (X) | | None | K | T | | | | | |
| 105.  Individual Retirement Account #1 | D | Dividend | M | T | | | | | |
| 106.  --American Balanced Fund | | | | | | | | | |
| 107.  --American Mutual Fund | | | | | | | | | |
| 108.  --Bond Fund of America | | | | | | | | | |
| 109.  --Capital World Growth & Income Fund | | | | | | | | | |
| 110.  --Europacific Growth Fund | | | | | | | | | |
| 111.  --Growth Fund of America | | | | | | | | | |
| 112.  --Income Fund of America | | | | | | | | | |
| 113.  --New Perspective Fund | | | | | | | | | |
| 114.  --Washington Mutual Investors Fund | | | | | | | | | |
| 115.  Royalty Interest - Lafayette Parish, LA | A | Royalty | | | | | | | See Note in Part VIII |
| 116.  Rental Property #1, Lafayette, LA | | None | | | Sold | 4/04 | M | F | |
| 117.  Rental Property #2, Lafayette, LA | D | Rent | L | R | | | | | See Note in Part VIII |
| 118.  Colonel J. George & S. Saloom Hannie | D | Distribution | M | W | | | | | |
| 119.  BPL Visions, LLC formerly The McGeHee Group, LLC | | None | M | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 07/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Home Bancorp, Inc. Stock (X) | | None | J | T | | | | | |
| 121. Ultra Pure Technologies, Inc. (X) | | None | J | T | Buy | | J | | See Note in Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haik, Richard T. | 07/14/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Item #115 - The property giving rise to the royalty interest is detailed by item #116.

Item#117 - This property was purchased in ███████████ in May of 2005. I collected rental income and applied it to the note when █████ moved out of state. Out of abundance of caution, I have reported it as rental income.

Item#121 - Inadvertently omitted #121 purchased on 7/7/07. Value code is correct.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIE̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶ T TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544